MARK A. KLAASSEN
United States Attorney
C. LEVI MARTIN (WY 6-3781)
Assistant United States Attorney
2120 Capitol Avenue, Room 4002
Cheyenne, Wyoming 82001
Telephone: (307) 772-2124
Email: Christopher.Martin@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2019 MAR 25  AM 10: 26

STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARC L. EDWARDS and STRONG HOLDINGS, LLC,<br><br>Defendants. | Case No. 19-CV-60-F<br><br>**UNITED STATES' COMPLAINT TO REDUCE FEDERAL INCOME TAX ASSESSMENTS TO JUDGMENT AND TO FORECLOSE FEDERAL TAX LIENS** |

## NATURE OF ACTION

The United States of America, through undersigned counsel, claims and alleges against the defendants as follows:

1. This is a civil action to reduce to judgment outstanding federal income tax assessments against Marc L. Edwards and to foreclose federal tax liens arising from those liabilities against a parcel of real property.

2. This action is commenced pursuant to 26 U.S.C. ("IRC") §§ 7401 and 7403, and at the direction of the Attorney General of the United States, and at the request and with the authorization of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury of the United States.

## JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to IRC § 7402 and 28 U.S.C. §§ 1340 and 1345.

4. Venue of this action properly lies in this district pursuant to 28 U.S.C. §§ 1391(b) and 1396 because the defendant resides therein, the liabilities that are the subject of this action accrued in this district, and the real property at issue in the suit is located herein.

## IDENTIFICATION OF THE DEFENDANTS

5. Defendant Marc L. Edwards resides in Gillette, Wyoming. Further the federal income tax liabilities at issue in this suit arose while he was a resident of Wyoming, and Marc L. Edwards and/or his nominee is the sole owner of the real property upon which the United States seeks to foreclose its federal tax liens.

6. Defendant Strong Holdings, LLC is named as a defendant pursuant to IRC 7403(b) as, to the extent it exists, it may claim an interest in the real property at issue herein.

## TRANSFERS OF THE SUBJECT PROPERTY

7. The parcel of real property that is the subject of this action is located at 1103 Edwards Street, Gillette, Wyoming ("the real property"). A legal description of this property is attached hereto as Exhibit A.

8. On February 11, 1991, a Warranty Deed was recorded with the Campbell County, Wyoming County Recorder transferring title of the real property to Mark L. Edwards.

9. On August 26, 2006, a Warranty Deed was recorded with the Campbell County, Wyoming County Recorder purporting to transfer title of the real property to Strong Holdings, LLC.

## FIRST CLAIM FOR RELIEF: TO REDUCE ASSESSMENTS AGAINST MARC L. EDWARDS TO JUDGMENT

10. The United States realleges paragraphs 1 through 9, above.

11. On November 14, 2008, the United States Tax Court entered a decision establishing the federal income tax liabilities of Marc L. Edwards for 2000, 2002 and 2003. *See* Docket No. 18423-08.

12. Based on the decision of the United States Tax Court referenced above, on the dates and in the amounts set forth below, a delegate of the Secretary of the Treasury made timely assessments for federal individual income taxes, plus statutory penalties and interest accruing thereto, against Marc L. Edwards as follows:

| Tax Period Ending | Tax Type | Assessment Date | Assessed Amount |
| --- | --- | --- | --- |
| 12/31/2000 | Income | 04/06/2009 | $35,311.00 (T) |
| | | | $8,827.75 (FTP) |
| | | | $1,899.19 (ETP) |
| | | | $7,944.98 (FFP) |
| | | | $27,523.65 (I) |
| | | 12/01/2014 | $17,127.63 (I) |
| | | 12/07/2015 | $2,817.16 (I) |
| | | 12/05/2016 | $3,487.74 (I) |
| | | 12/04/2017 | $3,944.22 (I) |
| | | 12/03/2018 | $4,818.43 (I) |
| 12/31/2002 | Income | 04/06/2009 | $13,439.00 (T) |
| | | | $3,359.75 (FTP) |
| | | | $449.09 (ETP) |
| | | | $3,023.78 (FFP) |
| | | | $7,278.62 (I) |
| | | 12/01/2014 | $5,832.18 (I) |
| | | 12/07/2015 | $1,033.58 (I) |
| | | 12/05/2016 | $1,284.50 (I) |
| | | 12/04/2017 | $1,452.53 (I) |
| | | 12/03/2018 | $1,774.42 (I) |
| 12/31/2003 | Income | 04/06/2009 | $10,629.00 (T) |
| | | | $2,391.53 (FFP) |
| | | | $274.24 (ETP) |
| | | | $2,657.25 (FTP) |
| | | | $4,928.89 (I) |
| | | 12/01/2014 | $4,420.33 (I) |

|  |  | 12/07/2015 | $783.36 (I) |
|  |  | 12/05/2016 | $973.54 (I) |
|  |  | 12/04/2017 | $1,100.90 (I) |
|  |  | 12/03/2018 | $1,344.87 (I) |

T=Tax    FP=Fraud Penalty    I=Interest    FTP= Failure to Pay Penalty
ETP=Estimated Tax Penalty    FFP=Failure to File Penalty

13. Since the date of the assessments described in paragraph 12, above, interest has accrued as provided by law. The total amount due and owing on the assessments described in paragraph 12, above, plus statutory interest pursuant to IRC §§ 6601, 6621, and 6622, and other statutory additions, less payments and credits, as of April 6, 2019, is $177,626.20.

14. Despite timely notice and demand for payment of the assessments described in paragraph 12, above, defendant Marc L. Edwards has neglected, failed, or refused to pay the assessed amounts to the United States.

15. Marc L. Edwards remains indebted for the balance of the assessments described in paragraph 12, above, plus statutory interest pursuant to IRC §§ 6601, 6621, and 6622, less payments and credits.

### SECOND CLAIM FOR RELIEF: STRONG HOLDINGS, LLC IS A NOMINEE OF MARC L. EDWARDS

16. The United States re-alleges paragraphs 1 through 15, above.

17. Despite the purported transfer of the real property described in paragraph 9, above, Marc L. Edwards has remained in continuous possession and full enjoyment of the real property.

18. The purported transfer of the real property described in paragraph 9, above, was made for little or no consideration.

19. Despite the purported transfer of the real property described in paragraph 9, above, Marc L. Edwards has exercised complete and unbroken dominion and/or control over the real property.

20. The purported transfer of the real property described in paragraph 9, above, was made in anticipation of the federal tax liabilities at issue in this case

21. Upon information and belief, Strong Holdings, LLC does not interfere with Marc L. Edwards use of the real property.

22. Strong Holdings, LLC holds title to the real property, if at all, as a nominee of Marc L. Edwards.

23. Based on the above facts, Marc L. Edwards possesses an interest in the real property.

### THIRD CLAIM FOR RELIEF: TO SET ASIDE FRAUDULENT CONVEYANCES OF REAL PROPERTY

24. The United States re-alleges paragraphs 1 through 23, above.

25. The purported transfer of the real property described in paragraph 9, above, constituted a fraudulent transfer as to the United States under the Wyoming Uniform Fraudulent Transfer Act, Wyo. Stat. Ann. § 34-14-201 *et seq*, because the transfer was made with the actual intent to hinder, delay, or defraud the United States of present value, and future lawful taxes. As such, the purported transfer has no effect as to the United States under the law of the State of Wyoming, and the conveyance should be set aside.

26. The purported transfer of the real property described in paragraph 9, above, constituted a fraudulent transfer as to the United States under the Wyoming Uniform Fraudulent Transfer Act, Wyo. Stat. Ann. § 34-14-201 *et seq*, as the transfer impaired the rights of the United States to collect just and lawful debts. As such, the purported transfer has no effect as to the United States under the law of the State of Wyoming, and the conveyance should be set aside.

27. The purported transfer of the real property described in paragraph 9, above, constituted a fraudulent transfer as to the United States under the Wyoming Uniform Fraudulent Transfer Act, Wyo. Stat. Ann. § 34-14-201 *et seq*, as the purported transfer was made without receiving a reasonably equivalent value in exchange for the purported transfer, and the purported transfer was made while Marc L. Edwards intended to incur, or believed or reasonably should have believed that he would incur, federal tax liabilities beyond his ability to pay as the liabilities became due. As such, the purported transfer has no effect as to the United States under the law of the State of Wyoming, and the conveyance should be set aside.

28. The purported transfer of the real property described in paragraph 9, above, constituted a fraudulent transfer as to the United States under the Wyoming Uniform Fraudulent Transfer Act, Wyo. Stat. Ann. § 34-14-201 *et seq*, as the purported transfer was made without receiving a reasonably equivalent value in exchange for the purported transfer, and Marc L. Edwards was insolvent at the time, or became insolvent as a result of, the purported transfer. As such, the purported transfer has no effect as to the United States under the law of the State of Wyoming, and the conveyance should be set aside.

### FOURTH CLAIM FOR RELIEF: FORECLOSURE OF FEDERAL TAX LIENS AGAINST PROPERTY HELD BY MARC L. EDWARDS

29. The United States re-alleges paragraphs 1 through 28, above.

30. Pursuant to IRC §§ 6321 and 6322, liens arose in favor of the United States on the dates of the assessments set forth in paragraph 12, above, and attached to all property and rights to property of Marc L. Edwards, including his interest in the real property described herein.

31. On April 24, 2006, a delegate of the Secretary of Treasury recorded in the County Recorder's Office for Campbell County, Wyoming, a Notice of Federal Tax Lien against Marc L. Edwards for the unpaid federal tax liabilities detailed in paragraph 12, above. This Notice of

Federal Tax Lien attached to all property and rights to property of Marc L. Edwards, including his interest in the real property described herein.

32. On June 17, 2009, a delegate of the Secretary of Treasury recorded in the County Recorder's Office for Campbell County, Wyoming, a Notice of Federal Tax Lien against Strong Holdings, LLC, as nominee of Marc L. Edwards for the unpaid federal tax liabilities detailed in paragraph 12, above. This Notice of Federal Tax Lien attached to all property and rights to property of Marc L. Edwards, including his interest in the real property described herein.

33. The United States is entitled to foreclose the federal tax liens described herein through sale of the parcel of real property described herein.

WHEREFORE, the United States prays that the Court adjudge and decree:

A. That defendant Marc L. Edwards is indebted to the United States in the amount of the assessments described in paragraph 12, above, plus statutory interest pursuant to IRC §§ 6601, 6621, and 28 U.S.C. § 1961(c), and other statutory additions, less any payments and credits;

B. That the United States has valid and subsisting federal tax liens by virtue of the assessments set forth in paragraph 12, above, on all property and rights to property belonging to defendant Marc L. Edwards, including his interest in the parcel of real property described herein;

C. That Strong Holdings, LLC was at all times pertinent hereto a nominee of defendant Marc L. Edwards, and thus holds the real property, if at all, as such nominee;

D. That the property transfer described in paragraph 9, above, be set aside as a fraudulent conveyance;

E. That the federal tax liens against defendant Marc L. Edwards described above be foreclosed upon his interest in the real property described herein, that the real property be

ordered sold, and that the proceeds from such sale be distributed in accordance with the Court's findings as to the validity and priority of the liens and claims of all parties;

F. That to the extent proceeds from the sale of the real property fails to satisfy the tax liens against defendant Marc L. Edwards, a deficiency judgment in that amount be entered against defendant Marc L. Edwards;

G. That Strong Holdings, LLC has no interest in the real property;

H. That the United States be awarded its costs and such other further relief as is just and proper.

DATED this 25th day of March, 2019.

MARK A. KLAASSEN
United States Attorney

C. LEVI MARTIN (WY 6-3781)
Assistant United States Attorney
2120 Capitol Avenue, Room 4002
Cheyenne, Wyoming 82001

# Exhibit A

**EXHIBIT A PROPERTY DESCRIPTION**

**LEGAL DESCRIPTION**

LAND REFERRED TO IN THIS REPORT IS DESCRIBED AS ALL THAT CERTAIN PROPERTY SITUATED IN CITY OF GILLETTE IN THE COUNTY OF CAMPBELL, AND STATE OF WYOMING AND BEING DESCRIBED IN A DEED DATED 09/18/2006 AND RECORDED 08/28/2005 IN BOOK 2184 PAGE 51 AMONG THE LAND RECORDS OF THE COUNTY AND STATE SET FORTH ABOVE, AND REFERENCED AS FOLLOWS:

NW1/4SW1/4 OF SECTION 35, TOWNSHIP 50 NORTH, RANGE 72 WEST, 6TH P.M., CAMPBELL COUNTY, WYOMING AND IS MORE SPECIFICALLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT S. 1°15' W. 2667.15 FEET FROM THE NE CORNER OF SEC. 34, T. 50 N., R. 72 W., 6TH P.M., CAMPBELL COUNTY, WYOMING; THENCE N. 86°55' E., 287 FT., THENCE S. 0°40' W. 445.5 FT., THENCE S. 83°48' W., 287 FT., THENCE N. 1°52' W. 455 FT. TO THE POINT OF THE BEGINNING. SAID TRACT OF LAND LIES IN THE NW1/4SW1/4, SEC. 35, T. 50 N., R. 72 W., 66 P.M., CAMPBELL COUNTY, WYOMING, AND CONTAINS THREE ACRES, MORE OR LESS.

A TRACT OF LAND COMMENCING FROM THE WEST QUARTER CORNER OF SECTION 35, T. 50, R. 72, AND N 86° 55' E 287 FEET TO THE POINT OF BEGINNING. THENCE N 86° 55' E 96 FEET, THENCE S 0° 40' W 455 FEET, THENCE S 86° 55' W 96 FEET, THENCE N 0° 40' E 455 FEET TO THE POINT OF THE BEGINNING. SAID TRACT CONTAINS ONE ACRE AND LIES IN THE NW1/4SW1/4 OF SECTION 35, T. 50, R. 72.

TOGETHER WITH ALL IMPROVEMENTS THEREON.

EASEMENT FOR THE RIGHT OF INGRESS, EGRESS, CONSTRUCTION, AND MAINTENANCE OF UTILITIES, DATED AUGUST 5, 1994, RECORDED AUGUST 5, 1994, IN INSTRUMENT NO. 688112, BOOK 1302 PAGE 257.

PARCEL NO. 10442

COMMONLY KNOWN AS:
1103 EDWARDS ST, GILLETTE, WY 82718

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

19-CV-60-F

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
C. Levi Martin, Assistant U.S. Attorney, 2120 Capitol Avenue, Room 4002, Cheyenne, Wyoming 82001 (307) 772-2124

## DEFENDANTS
MARC L. EDWARDS and STRONG HOLDINGS, LLC

County of Residence of First Listed Defendant   Campbell
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 196 Franchise | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | [X] 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S.C. 7401, 7403

Brief description of cause:
Reduce Tax Assessments to Judgment and Foreclose Tax Liens

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE 3/25/19

SIGNATURE OF ATTORNEY OF RECORD *(signed)*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# Please wait...

If this message is not eventually replaced by the proper contents of the document, your PDF viewer may not be able to display this type of document.

You can upgrade to the latest version of Adobe Reader for Windows®, Mac, or Linux® by visiting http://www.adobe.com/go/reader_download.

For more assistance with Adobe Reader visit http://www.adobe.com/go/acrreader.

Windows is either a registered trademark or a trademark of Microsoft Corporation in the United States and/or other countries. Mac is a trademark of Apple Inc., registered in the United States and other countries. Linux is the registered trademark of Linus Torvalds in the U.S. and other countries.